IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INPHONIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV548 |
| | ) | |
| v. | ) | |
| | ) | |
| JEHAD EDWAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for preliminary injunction (Filing No. 10). The Court finds a hearing should be held on said motion. Accordingly,

IT IS ORDERED that a hearing on plaintiff's motion for preliminary injunction is scheduled for:

**Wednesday, January 4, 2006, at 10:30 a.m.**, Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 29th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court