IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INPHONIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV548 |
| | ) | |
| v. | ) | |
| | ) | |
| JEHAD EDWAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on the stipulated order and injunction (Filing No. 24).  The Court finds said stipulated order and permanent injunction should be adopted.  Accordingly,

      IT IS ORDERED that the terms of the stipulated order and permanent injunction are approved and adopted; this action is dismissed with prejudice, each party to pay its own fees and costs, except as explicitly provided.

      DATED this 30th day of January, 2006.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court